NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1004

LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT

VERSUS

JOHN SCOTT BAKER

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20011273
HONORABLE PATRICK LOUIS MICHOT, DISTRICT COURT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Marc T. Amy, and Michael G. Sullivan, Judges.

AMENDED AND AFFIRMED.

Jackson Burke Bolinger
Timothy Alan Maragos
Caffery Plaza - Suite 100
4023 Ambassador Caffery Parkway
Lafayette, LA 70503
Telephone:  (337) 988-7240
COUNSEL FOR:
        Defendant/Appellee - State Farm Fire & Casualty Company

James Louis Daniels
Ringuet, Daniels & Collier
P. O. Box 52647
Lafayette, LA 70505
Telephone:  (337) 232-0002
COUNSEL FOR:
        Defendant/Appellee - John Scott Baker

**Philip Collins Kobetz**
**P. O. Box 80275**
**Lafayette, LA 70598**
**Telephone: (337) 291-1990**
**COUNSEL FOR:**
**Intervenor/Appellant - Sean Ray Lodrigue**

**George Joseph Armbruster, III**
**Voorhies & Labbe**
**P. O. Box 3527**
**Lafayette, LA 70502-3527**
**Telephone: (337) 232-9700**
**COUNSEL FOR:**
**Secondary Plaintiff/Appellant - Lafayette City-Parish Consolidated Government**